**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jacob BRISLIS, Defendant–Appellant.**

No. 03–40294.
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Dec. 4, 2003.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Guy C. Williams, Law Office of Guy Williams, Corpus Christi, TX, for Defendant–Appellant.

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM.*

Jacob Brislis appeals from his jury-trial conviction for possession of firearms in furtherance of a drug trafficking crime and possession with intent to distribute cocaine. Brislis argues that the evidence was insufficient to support his conviction for possession of firearms during and in relation to a drug trafficking offense.

The record contains sufficient evidence to support Brislis' conviction for violating 18 U.S.C. § 924(c)(1). The jury has the role of assessing the credibility of witnesses. *United States v. Deville*, 278 F.3d 500, 506 (5th Cir.2002). "The evidence

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

does not need to exclude every reasonable hypothesis of innocence; the jury is free to choose among reasonable interpretations of the evidence." *United States v. Perrien,* 274 F.3d 936, 939–40 (5th Cir.2001).

AFFIRMED.